UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LEORA RILEY, et al., *Individually and on behalf of all others similarly situated,* | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 18-cv-2337-KHV-TJJ ) |
| PK MANAGEMENT, LLC, et al., | ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' Motion to Compel Production or, in the Alternative, for *In Camera* Review (ECF No. 79). On February 11, 2019, the Court ordered Defendant Aspen Companies Management, LLC to submit an unredacted copy of the document in question for *in camera* review.[1] Aspen has done so and the Court has reviewed the document and is ready to rule.

As Aspen explained in its response to the motion, the email contains a message from its employee Mr. Levenbrown "communicating a message from the company's attorney to another employee down the chain of command."[2] Mr. Levenbrown is the regional manager for Central Park Towers and direct supervisor to the other employee in the email chain, Margaret Mejia. Ms. Mejia is the on-site property manager for Central Park Towers.

After reviewing the contents of the emails provided to Plaintiffs in redacted form, the Court finds they are subject to attorney-client privilege. The contents are as Aspen explained

---

[1] ECF No. 112.

[2] November 27, 2018 letter from counsel (ECF No. 110-1 at 7).

them, i.e. communication from a supervisor to an employee with legal advice from the company's lawyer for the employee to follow concerning a KCPT film inquiry. "[T]he attorney-client privilege extends to communications made within a corporation if those communications are made for the purpose of securing legal advice."[3]

The Court therefore denies Plaintiffs' motion insofar as it seeks to compel Aspen to produce an unredacted version of Bates no. Aspen007901 to Plaintiffs.

**IT IS SO ORDERED.**

Dated this 15th day of February, 2019, at Kansas City, Kansas.

*Teresa J. James*
Teresa J. James
U. S. Magistrate Judge

---

[3] *Williams v. Sprint/United Mgmt. Co.* 238 F.R.D. 633, 638 (D. Kan. 2006).